NOT DESIGNATED FOR PUBLICATION

No. 113,960

IN THE COURT OF APPEALS OF THE STATE OF KANSAS

STATE OF KANSAS,
*Appellee*,

v.

LARRY CURTIS,
*Appellant*.

MEMORANDUM OPINION

Appeal from Wyandotte District Court; R. WAYNE LAMPSON, judge. Opinion filed April 22, 2016. Affirmed.

Submitted for summary disposition by the parties pursuant to K.S.A. 2015 Supp. 21-6820(g) and (h).

Before STANDRIDGE, P.J., PIERRON, J., and JOHNSON, S.J.

*Per Curiam*: Larry Curtis appeals the denial of his motion to correct an illegal sentence.

In 1999, Curtis pled guilty to aggravated robbery. The district court found Curtis had a criminal history score of A because it included three person felonies. Curtis' 1985 and 1990 Missouri convictions for robbery were scored as person felonies.

After the Supreme Court's decision in *State v. Murdock*, 299 Kan. 312, 313, 323 P.3d 846 (2014), *modified by Supreme Court order* September 19, 2014, *overruled by State v. Keel*, 302 Kan. 560, 357 P.3d 251 (2015) *cert. denied* 136 S. Ct. 865 (2016),

1

Curtis filed a motion to correct an illegal sentence arguing his 1985 and 1990 offenses were illegally scored as person felonies contrary to *Murdock*. The district court denied his motion.

On appeal, Curtis argues his pre-Kansas Sentencing Guidelines Act (KSGA) convictions should be converted to nonperson felonies pursuant to *Murdock*. In *Murdock,* the Kansas Supreme Court held that out-of-state convictions committed prior to the enactment of the KSGA must be classified as nonperson offenses for a defendant's criminal history. 299 Kan. at 319. However, as Curtis acknowledged, *Keel* overruled *Murdock*, and held pre-KSGA convictions "must be classified as either a person or nonperson offense by comparing the criminal statute under which the prior offense arose to the comparable post-KSGA criminal statute" in effect when the accused committed the current crime of conviction. 302 Kan. at 581. In 1998, robbery was a person felony. K.S.A. 21-3426. Curtis' criminal history was properly scored.

Affirmed.